UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES I TRUST,<br><br>   Plaintiff,<br><br>v.<br><br>JUANA O. CASTILLO,<br><br>   Defendant. | § § § § § § § § § § § § § § § | EP-22-CV-00020-FM |

## ORDER OF RECUSAL

Consistent with the ethical rules the court is bound to uphold, the court must recuse itself from this cause.[1] Accordingly, the court **HEREBY ORDERS** the Clerk of the Court to **REASSIGN** the above-captioned cause to another district court judge in the El Paso Division.

**SIGNED AND ENTERED** this _11_ day of **January 2022**.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 455(a).