# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES I TRUST,<br><br>　　Plaintiff,<br>v.<br><br>JUANA O. CASTILLO,<br><br>　　Defendant. | § § § § § § § § § § § § § §　　Civil Action No. 3:22-cv-00020-DCG |

## PLAINTIFF'S STATUS REPORT

Plaintiff Bank of New York Mellon Trust Company, N.A., not in its individual capacity but solely as Owner Trustee for Mortgage Assets Management Series I Trust ("BNYM" or "Plaintiff"), files this *Status Report* to provide the Court with a status update pursuant to the *Order* entered on January 3, 2021 (ECF Document No. 9). Plaintiff respectfully shows as follows:

Defendant Juana O. Castillo ("Defendant") was approved on January 27, 2022, for an At-Risk Extension to Foreclosure. Specifically, Defendant was informed that the Department of Housing and Urban Development ("HUD") approved her request and that foreclosure activities would be temporarily suspended until March 29, 2022. Defendant was also advised that the hold would expire automatically on March 29, 2022, and that it could be extended only by requesting and having approved a new hold prior to the expiration date. As of today's date, Defendant has not requested a new hold. According, Plaintiff is no longer legally restricted to proceed with the instant lawsuit.

Accordingly, Plaintiff offers this Status Report for the Court's consideration to provide an update on general developments in this matter.

> Respectfully submitted,
>
> By: */s/ Vivian N. Lopez*
> **MARK D. CRONENWETT**
> Texas Bar No. 00787303
> mcronenwett@mwzmlaw.com
>
> **VIVIAN N. LOPEZ**
> State Bar No. PR20818
> vlopez@mwzmlaw.com
>
> **MACKIE WOLF ZIENTZ & MANN, P.C.**
> 14160 N. Dallas Parkway, Suite 900
> Dallas, Texas 75254
> Phone: (214) 635-2650
> Facsimile: (214) 635-2686
>
> **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on March 30, 2022 as stated below on the following:

**Via U.S. Mail**
Juana O. Castillo
4831 Betts Drive
El Paso, Texas 79938

> */s/ Vivian N. Lopez*
> **VIVIAN N. LOPEZ**